No. 03–6545. MING WAN LEUNG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6548. WINESTOCK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6552. LEON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6554. CRISCIONE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6556. COPE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6559. LOPEZ-GALDAMEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–6561. ORTIZ-LOPEZ v. UNITED STATES; and ELLIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6573. HERBERT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6574. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6576. FARRUGIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6577. GULLETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6578. FLAKE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6579. FREEZE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6582. HENDRICKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6583. GULLETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.